

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRANSMOUNTAIN PARTNERS, LLC and JOSE A. GONZALEZ, | § | No. 08-22-00162-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 346th Judicial District Court |
| | § | |
| ERNEST A. ROMERO, JOHN J. GRAB, WHITE'S EL REY, L.P., a New Mexico Limited Partnership, GGD, LLC, a New Mexico Limited Liability Company, as Assignee of the George Gary Duncan Profit Sharing Plan and GEORGE GARY DUNCAN, | § | of El Paso County, Texas |
| | § | (TC# 2018-DCV-1739) |
| | § | |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF SEPTEMBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, J., Soto, J.